WHITNEY STORES, INC., ET AL. *v.*
SUMMERFORD ET AL.

No. 85.  Decided October 14, 1968.

*E. N. Zeigler* for appellants.

PER CURIAM.

The judgment is affirmed.

HORNBEAK *v.* HAMM, COMMISSIONER OF
REVENUE FOR ALABAMA.

No. 260.  Decided October 14, 1968.

*Barry Hess* for appellant.

*MacDonald Gallion,* Attorney General of Alabama,
and *Willard W. Livingston* and *Herbert I. Burson,*
Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment
is affirmed.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR.
JUSTICE STEWART are of the opinion that probable juris-
diction should be noted and the case set for argument.